# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2006

129296 & (74)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHRYN MEKLIR, Trustee of the KATHRYN
MEKLIR REVOCABLE LIVING TRUST, JAMES
GINZLER,  HILLARY SHAW, Trustee of the
HILLARY SHAW REVOCABLE LIVING TRUST,
LINDA WINKELMAN, individually and as parent
and guardian of  JACKLYN WINKELMAN and
JULIE WINKELMAN, ROGER WINKELMAN,
individually and as parent and guardian of
JACKLYN WINKELMAN and JULIE
WINKELMAN, BRENDA WORTH PASSER,
SANDFORD PASSER, NORMAN HUBERT,
ESTHER HUBERT, WENDY HUBERT, IRA
MONDRY, REX LANYI, and KOLMAN VERONA,
      Plaintiffs-Appellees,
      Cross-Appellants,

v

STANLEY G. FELDMAN, and STANLEY
LTD., INC.,
      Defendants-Appellants,
      Cross-Appellees,
and

J.C. PENNEY COMPANY, INC.,
      Defendant-Appellee,
      Cross-Appellee,
and

ROBERT BALL, individually and d/b/a RJB
SALES, INC.,
      Defendants.
_____/

SC: 129296
COA: 253089
Oakland CC: 2001-031248-NZ

      On order of the Court, the application for leave to appeal the July 5, 2005
judgment of the Court of Appeals and the application for leave to appeal as cross-
appellant are considered, and they are DENIED, because we are not persuaded that the

questions presented should be reviewed by this Court. This order is without prejudice to defendants Stanley G. Feldman's and Stanley Ltd., Inc.'s right to contest the total amount of plaintiffs' damages.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

Clerk

s0125